UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  0 8 C R 9 |
| | ) | |
| v. | ) | |
| | ) | Morton Denlow |
| JAMES KENNEDY | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

JAN 9 2008

MAGISTRATE JUDGE
MORTON DENLOW

### GOVERNMENT'S MOTION TO SEAL
### COMPLAINT, AFFIDAVIT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and result in his flight. Moreover, the information contained in the Complaint, Affidavit and Arrest Warrant, if disclosed at this time, may jeopardize the safety of Individual A by alerting other subjects of the investigation of Individual A's cooperation as well as compromise the integrity and confidentiality of the government's ongoing investigation. For these reasons, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the arrest of James Kennedy or further order of the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
GILLUM FERGUSON
Assistant United States Attorney
(312) 353-1413