

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 9 - 1 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. James Kennedy | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to James Kennedy. Government's motion to seal complaint and affidavit until the arrest of defendant or futher order of the Court is granted. Enter order.

■ [ For further detail see separate order(s).]

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|