UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) No. 0f CR 9 |
| v. | ) |
| | ) Morton Denlow |
| JAMES KENNEDY | ) United States Magistrate Judge |
| | ) |
| | ) **UNDER SEAL** |

### ORDER

It is hereby ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant, and the government's Motion to Seal, all dated January 9, 2008, are hereby SEALED until and including the arrest of James Kennedy or further order of the Court.

ENTER:

_____
MORTON DENLOW
United States Magistrate Judge

Dated: January 9, 2008