UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN 3 1 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 009 |
| v. | ) | |
| | ) | Morton Denlow |
| JAMES KENNEDY | ) | United States Magistrate Judge |
| | ) | |
| | ) | |

**MAGISTRATE JUDGE MORTON DENLOW**

### GOVERNMENT'S MOTION TO UNSEAL FILE

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney, requests this Honorable Court to unseal the file herein, and states in support of its motion:

1. On January , 2008, this Court ordered the file sealed pending the arrest of the defendant.

2. On or about Friday, January 25, 2008, the defendant was arrested on this Court's warrant in the Middle District of Florida.

3. No further purpose would be served by keeping the file sealed.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: GILLUM FERGUSON
Assistant United States Attorney
(312) 353-1413