UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 009 |
| v. ) | |
| ) | Morton Denlow |
| JAMES KENNEDY ) | United States Magistrate Judge |
| ) | |

## ORDER

On Motion of the United States of America, for good cause shown,

IT IS ORDERED that the file herein be UNSEALED.

_____
MORTON DENLOW
United States Magistrate Judge

Dated: January 31, 2008