**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
Office of the Clerk
300 N. Hogan St., Suite 9-150
Jacksonville, Florida 32202-4271
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Sue Rigan
Jacksonville Division Manager
(904) 549-1900

January 30, 2008

Clerk, U.S. District Court
Northern District of Illinois
Eastern Division
United States Federal Courthouse
Everett McKinley Dirksen Building
20th floor
219 South Dearborn Street
Chicago, Illinois 60604

2-8-08
FILED

FEB 0 8 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir/Madame:

SUBJECT:   Transfer of Criminal Case No. 3:08-MJ-1011-J-HTS
USA v. JAMES KENNEDY
Your Case No. 08CR 0009

Enclosed are certified copies of the various pertinent documents/pleadings relating to the above-referenced case.

Please acknowledge receipt of these documents on the bottom of the copy provided.

By: /s/ Mamendella York
Courtroom Deputy Clerk

Enclosures

### ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

Receipt of the documents described above is hereby acknowledged

Date of Receipt: _____

By: _____

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| JAMES KENNEDY | CASE NO. 3:08-MJ-1017-J-HTS |

| CHARGES |||
|---|---|---|
| **Charging Document** | **Statute** | **Charging District** |
| Criminal Complaint | 18 U.S.C. § 1513(b)(2) | Northern District of Illinois, Eastern Division |
| | | 08CR 0009 |
| **Description:** Retaliating Against an Informant |||

| PROCEEDINGS ||
|---|---|
| BOND STATUS: | Defendant waived detention/identity hearing in this district but reserved his right to have detention/preliminary hearing held in the charging district. |
| COUNSEL: | Federal Public Defender |
| INTERPRETER: | No interpreter necessary |

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **JAMES KENNEDY** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

January 30, 2008

HOWARD T. SNYDER
United States Magistrate Judge

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |

Copies to: Asst. U.S. Atty (O'Malley); Federal Public Defender (Burke/Bailey); Defendant; U.S. Marshal (3 Certified); U.S. Pretrial; Clerk, Northern District of Illinois, Eastern Division.

AO 94 (Rev. 8/97) Commitment to Another District

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 2/2/2008 at 1:37 PM EST and filed on 1/30/2008
**Case Name:** USA v. Kennedy
**Case Number:** 3:08-mj-1017
**Filer:**
**Document Number:** 12

**Docket Text:**
**COMMITMENT to another district as to James Kennedy. Defendant committed to the Northern District of Illinois, Eastern Division. Signed by Magistrate Judge Howard T. Snyder on 1/30/2008. (MDY)**

**3:08-mj-1017-1 Notice has been electronically mailed to:**

Kathleen A. O'Malley   kathleen.omalley@usdoj.gov, jaxdocket.mailbox@usdoj.gov, sarah.yunkes@usdoj.gov

Lynn Palmer Bailey   lynn_bailey@fd.org, debbie_dixon@fd.org, keva_jolly@fd.org

**3:08-mj-1017-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=2/2/2008] [FileNumber=4976706-0]
[03676d9f0386996a0994c784e45d64e2b2d5072da924c441da879bd13499ed519e21
f2a079616af9e70dd31694e73ac52c9c2bffa09d5d6e35c3a5c63c665a3d]]

CLOSED

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-01017-HTS-1
### Internal Use Only

Case title: USA v. Kennedy

Date Filed: 01/25/2008
Date Terminated: 02/01/2008

Assigned to: Magistrate Judge Howard T. Snyder

**Defendant (1)**

**James Kennedy**
*TERMINATED: 02/01/2008*

represented by **Lynn Palmer Bailey**
Federal Public Defender's Office*
Suite 1240
200 W Forsyth St
Jacksonville, FL 32202-4326
904/232-3039
Fax: 904/232-1937
Email: lynn_bailey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
18:1513.F RETALIATING AGAINST WITNESS, VICTIM

**Disposition**

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

**Plaintiff**

USA                                   represented by  **Kathleen A. O'Malley**
                                                      US Attorney's Office - FLM*
                                                      Suite 700
                                                      300 N Hogan St
                                                      Jacksonville, FL 32202
                                                      904/301-6300
                                                      Email: kathleen.omalley@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2008 | 1 | Arrest - Rule 5(c)(2) of James Kennedy from the Northern District of Illinois, Eastern Division, on charges of violation of Title 18, United States Code, Section 1513(b)(2). (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 2 | Minute Entry for proceedings held before Magistrate Judge Howard T. Snyder: Initial Appearance in Rule 5(c)(3) Proceedings as to James Kennedy held on 1/25/2008. (DIGITAL) (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 3 | ORAL MOTION to appoint counsel by James Kennedy. (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 4 | ORAL MOTION for detention by USA as to James Kennedy. (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 5 | ORAL JOINT MOTION to continue the detention hearing by James Kennedy and USA as to James Kennedy. (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James Kennedy. Lynn Palmer Bailey, Esquire, appointed for James Kennedy. Signed by Magistrate Judge Howard T. Snyder on 1/25/2008. (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 7 | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT as to James Kennedy. Detention Hearing set for 1/30/2008, at 03:15 PM, in Courtroom 5 A, before Magistrate Judge Howard T. Snyder. Signed by Magistrate Judge Howard T. Snyder on 1/25/2008. (MDY) (Entered: 01/29/2008) |
| 01/25/2008 | 8 | NOTICE OF HEARING as to James Kennedy. - Removal Hearing set for 1/30/2008, at 03:15 PM, in Courtroom 5 A, before Magistrate Judge Howard T. Snyder. (MDY) (Entered: 01/29/2008) |
| 01/29/2008 |  | (Court only) ***COPIES mailed to Defendant James Kennedy c/o Attorney re 6 Order Appointing Public Defender (PAM) (Entered: 01/30/2008) |
| 01/30/2008 | 9 | Minute Entry for proceedings held before Magistrate Judge Howard T. Snyder: Waiver of Detention Hearing/Waiver of Identity Hearing as to |

| | | |
|---|---|---|
| | | James Kennedy held on 1/30/2008. (DIGITAL) (MDY) (Entered: 02/02/2008) |
| 01/30/2008 | 10 | WAIVER of Rule 5(c)(3) hearings by James Kennedy (MDY) (Entered: 02/02/2008) |
| 01/30/2008 | 11 | ORDER OF DETENTION PENDING DETENTION HEARING IN THE CHARGING DISTRICT as to James Kennedy. Signed by Magistrate Judge Howard T. Snyder on 1/30/2008. (MDY) (Entered: 02/02/2008) |
| 01/30/2008 | 12 | COMMITMENT to another district as to James Kennedy. Defendant committed to the Northern District of Illinois, Eastern Division. Signed by Magistrate Judge Howard T. Snyder on 1/30/2008. (MDY) (Entered: 02/02/2008) |
| 01/30/2008 | 13 | TRANSFER Rule(5)(c)(3) to the Northern District of Illinois, Eastern Division as to James Kennedy. (MDY) (Entered: 02/02/2008) |
| 01/30/2008 | 14 | THREE (3) CERTIFIED copies of 12 COMMITMENT to Another District hand delivered to USM. (MDY) (Entered: 02/02/2008) |
| 02/01/2008 | | (Court only) ***Set/clear flags as to James Kennedy, ***Terminated defendant James Kennedy, pending deadlines, and motions. (PAM) (Entered: 02/04/2008) |
| 02/04/2008 | | (Court only) ***COPIES mailed to Defendant James Kennedy c/o Attorney and Federal Public Defender Burke re 11 Order of Detention (PAM) (Entered: 02/04/2008) |
| 02/04/2008 | | (Court only) ***COPIES to Federal Public Defender Burke, Defendant James Kennedy c/o Attorney and re 12 Commitment to another district Clerk, U.S. District Court Northern District of Illinois Eastern Division United States Federal Courthouse Everett McKinley Dirksen Building 20th floor 219 South Dearborn Street Chicago, Illinois 60604 (PAM) (Entered: 02/04/2008) |
| 02/04/2008 | | (Court only) ***COPIES to Northern District of Illinois Eastern Division as to James Kennedy re 13 Rule 5(c)(3) transfer out (PAM) Modified on 2/4/2008 (PAM). (With copy of CMECF Instruction Sheet and Certified copy of the docket sheet) (Entered: 02/04/2008) |