KC

FILED

KC FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 009 |
| ) | |
| v. ) | **JUDGE KENDALL** |
| ) | Violation: Title 18, United States |
| JAMES KENNEDY ) | Code, Section 1513(b)(2) |
| ) | |

**MAGISTRATE JUDGE DENLOW**

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 8, 2008, in the Northern District of Illinois, Eastern Division,

JAMES KENNEDY,

defendant herein, knowingly threatened bodily injury to another person, with intent to retaliate against such person for giving information relating to the possible commission of a Federal offense communicated by such person to a law enforcement officer;

In violation of Title 18, United States Code, Section 1513(b)(2).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY