*KC* FILED
FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

*Felony KC*

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more -previously-filed magistrate's complaints? NO ___ YES _X_ If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **08 CR 009; U. S. v. Kennedy**   *Denlow*   **JUDGE KENDALL**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this re-filing of a previously dismissed indictment or information? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO _X_ YES ___ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?
   NO _X_ YES ___

6) What level of offense is this indictment or information?
   FELONY _X_ MISDEMEANOR ___

7) Does this indictment or information involve eight or more defendants?
   NO _X_ YES ___

8) Does this indictment or information include a conspiracy count?
   NO _X_ YES ___

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ............... (II)  ☐ Income Tax Fraud ...... (II)   ☐ DAPCA Controlled Substances (III)
   ☐ Criminal Antitrust ..... (II)  ☐ Postal Fraud .......... (II)   ☐ Miscellaneous General Offenses (IV)
   ☐ Bank robbery ........... (II)  ☐ Other Fraud ........... (III)  ☐ Immigration Laws ....... (IV)
   ☐ Post Office Robbery .... (II)  ☐ Auto Theft ............ (IV)   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Other Robbery .......... (II)  ☐ Transporting Forged Securities (III) ☐ Food & Drug Laws ....... (IV)
   ☐ Assault ................ (III) ☐ Forgery ............... (III)  ☐ Motor Carrier Act ...... (IV)
   ☐ Burglary ............... (IV)  ☐ Counterfeiting ........ (III)  ☐ Selective Service Act .. (IV)
   ☐ Larceny and Theft ...... (IV)  ☐ Sex Offenses .......... (II)   ☐ Obscene Mail ........... (III)
   ☐ Postal Embezzlement .... (IV)  ☐ DAPCA Marijuana ....... (III)  ☒ Other Federal Statutes . (III)
   ☐ Other Embezzlement ..... (III) ☐ DAPCA Narcotics ....... (III)  ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

   **Title 18, United States Code, Section 1513(b)(2)**

   _____
   NANCY L. MILLER
   Assistant United States Attorney