*KC*

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE KENDALL** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE DENLOW** |
|---|---|---|---|
| CASE NUMBER | 08 CR 0009 | DATE | **FEBRUARY 20, 2008** |
| CASE TITLE | **US v. JAMES KENNEDY** | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL MARCH 2007

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge *Nan R. Nolan* _____

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

KC **F I L E D**

FEB 2 0 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____   (ONLY IF FILED
OR MAGISTRATE JUDGE                              UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing | |
| | Notified counsel by telephone. | | dpty. initials | |
| | Docketing to mail notices | | Date mailed | |
| | Mail AO 450 form. | | notice | |
| | Copy to judge/magistrate judge. | | Mailing | |
| | | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |