Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 09 | **DATE** | February 26, 2008 |
| **CASE TITLE** | USA v. James Kennedy | | |

**DOCKET ENTRY TEXT**

Arraignment held. Attorney Don Young appears on behalf of attorney Michael Mann who enters an appearance on behalf of the Defendant. Defendant enters plea of not guilty to the 1-Count Indictment filed 2/20/2008. Pretrial motions shall be filed by or on 3/25/2008; responses due 4/8/2008; replies due 4/15/2008. Jury Trial set for 6/2/2008 at 9:15 AM. Status hearing set for 4/24/2008 at 1:30 PM. There being no objection by defense counsel at this time, Defendant remains in Federal custody. Defense Counsel Mann may present a motion for release upon his return in March. Defendant not objecting, time is excluded under 18 USC 3161(h)(1)(F) for filing and review of pretrial motions from 2/26/2008 through and including 4/24/2008.

(X - E)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|