GH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of    United States    Case
                        vs
                  James Kennedy                08 CR 009

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES Kennedy

**FILED**
FEB 26 2008

JUDGE VIRGINIA M. KENDALL
U.S DISTRICT COURT

| SIGNATURE | s/ Michael B. Mann    MICHAEL B. MANN |
|---|---|
| FIRM | |
| STREET ADDRESS | PO Box 641 |
| CITY/STATE/ZIP | Maywood, IL.  60153 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1752081 | TELEPHONE NUMBER  630 258 9769 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |

