# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: No. 08 CR 0009 |
| Plaintiff, | MOTION TO SET REASONABLE BOND |
| vs. | |
| **JAMES KENNEDY,** | Judge V. Kendall |
| Defendant | |

The Defendant, James Kennedy, by and through his CJA counsel, Michael B. Mann, hereby moves this Court, for the first time, to set a reasonable bond to secure his appearance in regard to the pending proceedings, and as grounds therefore states as follows:

1. This Defendant, due to the Marshall's taking so long in transporting him from Jacksonville, Florida to this jurisdiction and his counsel being on vacation when he finally arrived, has not had a bond hearing in regard to this matter.

2. There are two (Chicago and Jacksonville) pretrial reports pending that recommend that the Defendant receive a bond on reasonable conditions – all of which the Defendant is willing and able to meet.

3. That the movant has a CJA appointed counsel, no money to post for bond, but is willing to assign his interest, for security purposes, in the $5200.00 dollars that were seized from him (presumably in the possession of Jack Donnelly (the local PI) in Jacksonville (see 1/30 report of Jessica Ammon, P.2, Jacksonville USPSO).

4. The Defendant has no serious criminal history, and is willing to abide by any reasonable conditions to an OR bond set by this Court.

5. Defendant eagerly awaits his trial on this charge and consents to the immediate setting of this cause for bench trial, consistent with the Court's schedule.

6. A number of relatives and friends have consented to act as the Defendant's "custodian", if the Court determines that is a reasonable condition to impose in granting bond in this cause.

7. The Defendant does not believe that he is a danger to the community, or a flight risk, in any way and respectfully suggests that there is no reasonable basis to deny him bond in regard to his release to prepare for trial in this matter.

Respectfully Submitted,

S/_____

Michael Mann, CJA counsel for defendant

**CERTIFICATE OF ECF SERVICE**

The undersigned attorney, Michael B. Mann, hereby certifies that on March 14, 2008, in accordance with F.R.C.P.49, F.R.Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the following document:

Defendant Objections to PSR and position paper on sentencing

were served pursuant to the District Court's ECF System as to ECF filers and by the U.S. mail as to all other necessary parties, including:

1 | Deanna Chatman USPS                    Nancy Miller, AUSA, 5th floor

2 | 7th floor – Federal Bldg.

3 | Chicago, Ill. 60603

4 |

5 |                           s/ <u>Michael B. Mann,</u> P.O. Box 641, Maywood,

6 | Ill., 60153   ---              1-630-258-9769

7 |

8 |                                 Dated this 15th day of March, 2008

9 |                                            MICHAEL B. MANN
                                               PO BOX 641
                                               MAYWOOD, ILLINOIS 60153
10|                                            1-630-258-9769