## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 09 (01) | **DATE** | March 24, 2008 |
| **CASE TITLE** | USA v. James Kennedy | | |

**DOCKET ENTRY TEXT**

Arraignment held on Superseding Indictment filed 3/12/2008. Attorney Michael Mann appointed as counsel for the Defendant. Defendant enters plea of not guilty to all counts of the Superseding Indictment. Defendant's Motion to Set Reasonable Bond [15] is denied. Defendant ordered to remain in Federal Custody as a danger to the community. Parties to hold 16.1(a) conference by 4/14/2008. Pretrial motions shall be filed by or on 5/12/2008; responses due 5/27/2008; replies due 6/4/2008. Status hearing set for 6/25/2008 at 1:30 PM. Defendant not objecting, time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) for filing and review of pretrial motions from 3/24/2008 through and including 6/25/2008.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | KW |
|---|---|---|

08CR09  USA vs. James Kennedy