| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: No. 08 CR 0009 |
| Plaintiff, | MOTION TO RECONSIDER BOND |
| vs. | |
| JAMES KENNEDY, | Judge V. Kendall |
| Defendant | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

The Defendant, James Kennedy, by and through his CJA counsel, Michael B. Mann, hereby moves this Court, to set a reasonable bond to secure his appearance in court in regard to the pending proceedings, and as grounds therefore states as follows:

1. This Defendant, after a hearing regarding bond, denied the request to set bond on 3/24/08, but clearly stated that if the Defendant was able to secure an "acceptable" third party custodian, the issue could be raised again without prejudice.

2. There are two (Chicago and Jacksonville) pretrial reports pending that recommend that the Defendant receive a bond on reasonable conditions – all of which the Defendant is willing and able to meet.

3. That counsel has been able to secure the consent of the Defendant's mother in law, Mrs.

    She has indicated a willingness to "take up the responsibilities" of a third party custodian for this Defendant and is willing to appear before the Court to confirm this representation.

4. The Defendant has no serious criminal history, and is willing to abide by any reasonable conditions to an OR bond set by this Court.

5. Defendant is informed, and believes, that          is willing to have Mr. Kennedy live with her and to assume the responsibilities of a custodian which have been explained to her by counsel. She has a land line and access to telephone communication with PTS.

6. Defendant affirmatively and emphatically states that he does not believe that he is a danger or a threat to anyone and will stay away from *any* persons identified by the Court, or the Government, and have no contact with such individuals, but affirmatively states that he wishes to better communicate with his counsel in regard to his defenses to the instant charges, and to seek some sort of employment in order to support his family.

7. The Defendant does not believe that he is a danger to the community, or a flight risk, in any way, and respectfully suggests that there is no reasonable basis to deny him bond in regard to his release to prepare for trial in this matter.

Respectfully Submitted,

S/_____

Michael Mann, CJA counsel for defendant

## CERTIFICATE OF ECF SERVICE

The undersigned attorney, Michael B. Mann, hereby certifies that on April 1, 2008, in accordance with F.R.C.P.49, F.R.Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the following document:

Defendant Motion to Reconsider Bond Ruling

were served pursuant to the District Court's ECF System as to ECF filers and by the U.S. mail as to all other necessary parties, including:

Stephanie Norwood, USPS -        Nancy Miller, AUSA, 5th floor
7th floor – Federal Bldg.
Chicago, Ill. 60603

                          s/ Michael B. Mann, P.O. Box 641, Maywood,
Ill., 60153   ---        1-630-258-9769

Dated this 1st day of April, 2008

MICHAEL B. MANN
PO BOX 641
MAYWOOD, ILLINOIS 60153
1-630-258-9769