UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 009 |
| | ) | |
| v. | ) | Honorable Virginia M. Kendall |
| | ) | |
| JAMES KENNEDY, et al. | ) | |

### ADDITION OF COUNSEL

Please take notice that in **addition** to Assistant United States Attorney Steven L. Heinze, Assistant United States Attorney Joseph M. Ferguson has been designated as an attorney in the above captioned case on behalf of the United States Government.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By:  s/ Joseph M. Ferguson
              JOSEPH M. FERGUSON
              Assistant United States Attorney
              219 South Dearborn Street
              Chicago, Illinois 60604
              (312) 353-1414

April 2, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ADDITION OF COUNSEL**

were served on April 2, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

                                                                       s/ Joseph M. Ferguson
                                                                        JOSEPH M. FERGUSON
                                                                        Assistant United States Attorney
                                                                        219 South Dearborn Street
                                                                        Chicago, Illinois 60604
                                                                        (312) 353-1414