# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 09 | **DATE** | 4/08/2008 |
| **CASE TITLE** | USA vs. James Kennedy | | |

**DOCKET ENTRY TEXT**

Motion hearing held as to James Kennedy (1): Defendant is informed of a possible appearance of impropriety before the Court and waives any such conflict on the record. Defendant's Motion for Reconsideration [27] is granted. Defendant released on $4,500 own recognizance bond to include home detention with electronic monitoring. The clerk is directed to remove the PDF file attached to Defendant's Motion [27] from the Court's docket and replace it with a redacted version which excludes identifying information regarding the custodian.

Docketing to mail notices.

| | Courtroom Deputy Initials: | KW |
|---|---|---|