# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:08–cr–00009 |
| | Honorable Virginia M. Kendall |
| James Kennedy, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

MINUTE entry before Judge Virginia M. Kendall: Defendant Leon Amiel Jr's (2) Motion for Extension of Time to File Pretrial Motions [34] is granted as to both James Kennedy (1) and Leon Amiel, Jr (2). Schedule is amended as follows: pretrial motions due 6/26/2008; responses due 7/10/2008; replies due 7/18/2008. The 5/13/08 presentment date for said motion is stricken; no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.