IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**UNITED STATES OF AMERICA**

PLAINTIFF(S)

CASE NO. 08 CR 0009

VS.

**JUDGE VIRGINIA KENDALL**

**JAMES KENNEDY**

DEFENDANT(S)

NOTICE OF FILING

TO: 1. AUSA Nancy Miller , 5th floor, Federal Bldg., Chicago, Ill. 60604.
     2. Judge's Clerk, Rm.2319, 219 S. Dearborn St., Chicago, Ill. 60604
     3. James Kennedy, #33214-018-, MCC, Chicago, Ill. 60604.

On May 29th, 2008 at 1:30 p.m. or as soon thereafter as counsel may be heard, I shall present the Motion to amend reasonable bond as previously filed with the Clerk for the Northern District as well as the Judge at Rm. 2319, 219 S. Dearborn, Chicago, Illinois, 60604. You may appear if you see fit.

Name: **Michael B. Mann**

Address: **PO Box 641**

City / Zip: **Maywood, Ill. 60153**

## PROOF OF SERVICE

Telephone: **1-630-258-9769; 447-1263 (fax)**

**mannfam23@comcast.net**

I, the undersigned (attorney for defendant), certify that on the 27st day of May, 2008, I served a copy of this notice to each person whom it is directed at the addresses indicated by way of the US Mails and/or by way of the procedures required by the Federal ECF and the FRCP.

SIGNATURE / CERTIFICATION __s/Michael B. Mann                                DATE 5/30/08_____

CREATED ON 02/22/02