**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: No. 08 CR 0009 |
| Plaintiff, | MOTION TO AMEND CONDITIONS OF PREVIOUSLY SET BOND |
| vs. | |
| **JAMES KENNEDY,** | Judge V. Kendall |
| Defendant | |

The Defendant, James Kennedy, by and through his CJA counsel, Michael B. Mann, hereby moves this Court, to amend the conditions of his bond in this cause, and as grounds therefore states as follows:

1. This Defendant has complied with all the conditions of the reasonable bond that this Honorable Court imposed in setting bond in this cause.

2. There are, however, a number of issues that have come up that require this Court to rule on the reasonableness of the Defendant's request for certain changes that he believes are reasonable.

3. First, the Defendant requests permission to attend his son's graduation from high school on June 1, 2008 at Glenbard South H.S. (Lake and Phingston Rds.) in Glenview, Illinois from 12:00 to 5:00 p.m. Pretrial services (Mz. Olga Serrano) has already signed off on this request, but has indicated the necessity of taking it before the Court

4. Next, the Defendant requests the ability to attend a regular exercise program at a facility near where he lives. Dr. Harrison (letter will be produced) has emphatically recommended such program as being necessary for his health, given the Defendant's physical condition.

5. Finally, the Defendant requests permission to go back to his home with his wife and two sons in Northbrook. The Defendant is working two jobs now and still sees his family at

least two hours every day. Therefore, Defendant sees no valid reason why he should not be able to return to his home with JoAnne, his wife. The Defendant has obtained the consent of his wife, Mss. Connenna, and Olga Serrano from Pretrial regarding this request for a change in his living conditions. The Defendant has been living with Mrs. Connenna (his mother-in-law) without incident for almost two months now and Defendant (and the above named ladies) all believe that his circumstances would be much improved by obtaining permission to rejoin his own family in Northbrook

Wherefore, the Defendant requests a change in the conditions of bond previously set as requested above.

Respectfully Submitted,

S/_____

Michael Mann, CJA counsel for defendant

**CERTIFICATE OF ECF SERVICE**

The undersigned attorney, Michael B. Mann, hereby certifies that on May 27, 2008, in accordance with F.R.C.P.49, F.R.Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the following document:

Defendant request to amend the conditions of bond

1  were served pursuant to the District Court's ECF System as to ECF filers
2  and by the U.S. mail as to all other necessary parties, including:

4     Olga Serrano, USPS             Nancy Miller, AUSA, 5th floor
5     7th floor – Federal Bldg.
6     Chicago, Ill. 60603

8                              s/ <u>Michael B. Mann,</u> P.O. Box 641, Maywood,
9  Ill., 60153   ---       1-630-258-9769

11                              Dated this 27th day of May, 2008

                                         MICHAEL B. MANN
                                         PO BOX 641
                                         MAYWOOD, ILLINOIS 60153
                                         1-630-258-9769