UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                  Case No.: 1:08−cr−00009
                                          Honorable Virginia M. Kendall

James Kennedy, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held 5/29/2008. Defendant's Motion to Modify Conditions of Release [39] granted in part. Defendant may attend graduation ceremony in Glenview, IL. Pretrial Services is permitted to give Defendant the necessary release to permit Defendant to attend exercise classes. Further hearing on Defendant's request for modifications of release set for 6/12/2008 at 1:45 PM. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.