# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08–cr–00009
　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

James Kennedy, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

    MINUTE entry before the Honorable Virginia M. Kendall: as to James Kennedy. Defendant's motion for modification of release [39] is granted without objection. Hearing set for 6/11/2008 is stricken. Mailed notice (tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.