**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF ILLINOIS**

**<u>EASTERN DIVISION</u>**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: No. 08 CR 0009** |
| Plaintiff, | **SECOND MOTION TO AMEND CONDITIONS OF PREVIOUSLY SET BOND** |
| vs. | |
| **JAMES KENNEDY,** | **Judge V. Kendall** |
| Defendant | |

The Defendant, James Kennedy, by and through his CJA counsel, Michael B. Mann, hereby moves this Court, to amend the conditions of his bond in this cause, and as grounds therefore states as follows:

1. This Defendant has complied with all the conditions of the reasonable bond that this Honorable Court imposed, and amended, in setting bond in this cause.

2. Defendant has now received an offer from his present employer,, the Superior Nut Company of St. John, to become it's *regional manager*, rather than just a local commissioned salesman. A letter setting forth the conditions of this employment in detail can be tendered the Court.

3. As such, and because of the necessity of regular travel, the Defendant now requests that the electronic monitoring device be removed from his leg and that he be given permission to travel throughout the United States as long as he attends all Court proceedings necessitated by this case. Defendant is ready, willing and able to do so.

4. Next, the Defendant requests the Government to return to his wife the "Miro Dandy art piece" that was seized from his home pursuant to a search warrant in May of 2007. The piece was declared "authentic" by Mary Bartow at Sotheby's in New York and, therefore, cannot possibly be relevant as evidence in the case against the Defendant. The sale of this

piece could pay the mortgage for many months for the home in which the Defendant resides. The Government presently refuses to return same, so the Defendant requests that this Honorable Court order the plaintiff herein to return such art to the Defendant's wife.

Wherefore, the Defendant respectfully requests that the Court change the conditions of his bond as requested above and for any other relief that the Court deems equitable and just.

Respectfully Submitted,

S/_____

Michael Mann, CJA counsel for defendant

**CERTIFICATE OF ECF SERVICE**

The undersigned attorney, Michael B. Mann, hereby certifies that on June 21, 2008, in accordance with F.R.C.P.49, F.R.Civ. P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the following document:

Defendant request to amend the conditions of bond were served pursuant to the District Court's ECF System as to ECF filers and by the U.S. mail as to all other necessary parties, including:

| | |
|---|---|
| Olga Serrano, USPS | Nancy Miller, AUSA, 5th floor |
| 7th floor – Federal Bldg. | |
| Chicago, Ill. 60603 | |

s/ <u>Michael B. Mann,</u> P.O. Box 641, Maywood, Ill., 60153   ---         1-630-258-9769

Dated this 20th day of June, 2008

MICHAEL B. MANN
PO BOX 641
MAYWOOD, ILLINOIS 60153
1-630-258-9769