# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 9-1 & 2 | **DATE** | 6/252008 |
| **CASE TITLE** | USA vs. James Kennedy & Leon Amiel, Jr. | | |

**DOCKET ENTRY TEXT**

Status hearing held. For the reasons stated in open court, defendant James Kennedy's second motion (Doc. NO. 44) to amend conditions of previously set bond is denied without prejudice, with leave to reinstate. A status hearing is set for 7/9/08 at 1:30 p.m., regarding detention issues. Defendant Leon Amiel, Jr.'s oral motion to travel Tri-State, New York, Connecticut and New Jersey is taken under advisement. Mr. Amiel nor his attorney need not be present for the 7/9/08 status hearing. The Court finds that time be excluded from 6/25/08 through and including 7/9/08 for filing pretrial motions as to defendant James Kennedy.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|