# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 9 - 1, & 2 | **DATE** | 6/25/2008 |
| **CASE TITLE** | USA vs. James Kennedy and Leon Amiel, Jr. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued for further status on 8/7/08 at 1:30 p.m. to review pretrial motins. Time is excluded from 7/9/08 to 8/7/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GL |
|---|---|---|