# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 9 - 1,2 | **DATE** | July 9, 2008 |
| **CASE TITLE** | USA vs. KENNEDY & AMIEL | | |

**DOCKET ENTRY TEXT**

Defendants fail to appear. Status hearing held. Defendant Amiel's oral motion to modify bond is withdrawn. Government's oral motion to stay briefing on the pretrial motions is granted. Defendant Kennedy's motions to modify conditions of pretrial release [39 & 44] and for return of property are withdrawn. Status hearing date of August 7, 2008 at 1:30 pm shall stand. Defendants not objecting, enter excludable delay for the period of 7/9/2008 through 8/7/2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).    X-T-4

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JS |
|---|---|---|